**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| USA, | ) No. | CR-04-0746-PHX-JAT |
| | ) | CV-05-0526-PHX-JAT |
| Plaintiff/Respondent, | ) | |
| | ) **ORDER** | |
| vs. | ) | |
| | ) | |
| Felipe Garcia-Rios, | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| | ) | |
| | ) | |

Pending before the Court is Movant's Motion to Vacate, Set Aside, or Correct Sentence (Doc. #17). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #27) recommending that the Motion be denied.

Neither party has filed objections to the R&R. As a result, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #27) is **ACCEPTED**;

**IT IS FURTHER ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct Sentence (Doc. #17) is **DENIED**; and

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE** and the Clerk of the Court shall enter judgment accordingly (thereby closing both the criminal and civil case).

DATED this 4th day of April, 2006.

_____
James A. Teilborg
United States District Judge